```
 1
 2
 3
 4
 5
 6
 7              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
 8                       AT TACOMA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MC18-5020BHS |
| Plaintiff, | (3:11-CR-5191-1) |
| vs. | |
| ANGELA D. GOLDMAN, | **Order to Issue a Writ of Continuing Garnishment** |
| Defendant/Judgment Debtor, | |
| and | |
| OVERSTOCK.COM, INC., | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Angela D. Goldman, from Overstock.com, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Overstock.com, Inc., whose address is Overstock.com, Inc., Attn: Payroll Department, 799 W Coliseum Way, Midvale, UT 84047.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this 28 day of September, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA # 17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970